VALERIA P. TAYLOR, Respondent, *v.* FRANCIS A. TAYLOR, Appellant.

(Argued June 2, 1890; decided June 17, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 9, 1889, which affirmed an order of Special Term granting a motion to modify a judgment in favor of plaintiff entered upon a verdict.

*C. P. Cowles* for appellant.

*William A. Abbott* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.   _____

CHRISTIAN VON HESSE, as Executor, etc., Appellant, *v.* MARIE LOUISE MACKAYE, Impleaded, etc., Respondent.

(Argued June 4, 1890; decided June 17, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 24, 1890, which reversed an order of the Special Term denying a motion to set aside an order of service by publication on the respondent, and which granted the motion.

*George H. Starr* for appellant.

*Noah Davis* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.   _____